**BURRELL INDUSTRIES, INC.,**
**Plaintiff–Appellant,**

v.

**LIBERTY MUTUAL FIRE INSURANCE COMPANY,**
**Defendant–Appellee.**

No. 05–3600.

United States Court of Appeals, Sixth Circuit.

April 14, 2006.

Larry A. Zink, Zink, Zink & Zink, Canton, OH, for Plaintiff–Appellant.

Richard D. Sweebe, Marc H. Feldman, Ulmer & Berne, Cleveland, OH, for Defendant–Appellee.

Before NORRIS, SURHRHEINRICH, and ROGERS, Circuit Judges.

**MEMORANDUM OPINION**

PER CURIAM.

Plaintiff Burrell Industries, Inc., filed suit against defendant Liberty Mutual Fire Insurance Company after its claim for losses stemming from a theft at an insured property were denied. After Liberty Mutual removed the action to federal court, the district court granted summary judgment to the insurer based upon a provision in the policy at issue excluding vacant properties from coverage against theft.

Having had an opportunity to review the record, briefs, and arguments advanced by the parties, we conclude that the district court correctly parsed the disputed provi-

sions of the policy and the relevant Ohio law governing insurance contracts. A reasoned opinion by this court would merely mirror the analysis provided by the district court and would serve no useful purpose.

The judgment is **affirmed** based upon the reasoning contained in the Memorandum Opinion and Order dated March 31, 2005.